**Order entered October 21, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00307-CV

**THIEN AN VO, Appellant**

**V.**

**HARRIS COUNTY COMMISSIONERS COURT, Appellee**

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-72816**

**ORDER**

On October 4, 2021, we ordered Harris County District Clerk Marilyn Burgess to file, no later than October 14, 2021, a supplemental clerk's record appellant had requested on or about August 28, 2021. To date, the record has not been filed. Accordingly, we **ORDER** Ms. Burgess to file the requested supplemental clerk's record **no later than November 1, 2021**. If the documents appellant requested to be included in the supplemental record cannot be located or do not exist, Ms. Burgess shall state so in writing.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Burgess and the parties.

/s/      KEN MOLBERG
            JUSTICE